**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| DELFON BLAIR, | Case No. 1:13-cv-174 |
| Plaintiff, | |
| | Black, J. |
| vs. | Litkovitz, M.J. |
| | |
| BEST BUY, *et al.*, | **ORDER** |
| Defendants. | |

This matter is before the Court on plaintiff's motion for "leave to appeal motion" and his supporting memorandum (Docs. 32, 33); motion to reopen case (Doc. 34); and motion for leave to appeal *in forma pauperis*.  (Doc. 36).

In view of this Court's Order and Judgment entry dated June 23, 2014 (Docs. 26, 27) and the Sixth Circuit Court of Appeals Order dismissing plaintiff's appeal (Doc. 37), plaintiff lacks authority to file, and this Court lacks any basis upon which to consider plaintiff's filings. *See* Fed. R. Civ. P. 59, 60. *See also Lewis v. Alexander*, 987 F.2d 392, 394 (6th Cir. 1993) ("As a general rule, the district court loses jurisdiction over an action once a party files a notice of appeal, and jurisdiction transfers to the appellate court."). Therefore, plaintiff's motions are **DENIED**.

**IT IS SO ORDERED**.

Date: 5/15/15

Karen L. Litkovitz
United States Magistrate Judge