UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DELFON BLAIR, | : | Case No. 1:13-cv-174 |
| | : | |
| Plaintiff, | : | |
| vs. | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| BEST BUY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 42)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 28, 2018, submitted a Report and Recommendation. (Doc. 42). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for rehearing (Doc. 39) is **DENIED**. Furthermore, Plaintiff is warned that the continued filing of frivolous,

1

meritless motions may result in sanctions, potentially including the summary denial of any future filings.

**IT IS SO ORDERED**.

Date: 5/18/18

Timothy S. Black
United States District Judge