UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DELFON BLAIR, | Case No. 1:13-cv-174 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Karen L. Litkovitz |
| BEST BUY, *et al.*, | |
| Defendants. | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 45)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on September 12, 2018, submitted a Report and Recommendation. (Doc. 45). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Plaintiff's motion of objection (Doc. 44) is **DENIED**;

2) Plaintiff is hereby **PROHIBITED** from filing any further motions or documents in this closed case unless such motion or document has first been certified as non-frivolous by an attorney; and

3) The Clerk of Court is **DIRECTED** to not accept any such documents or motions that have not been so certified and to dispose of such documents accordingly.

**IT IS SO ORDERED.**

Date: 10/2/18

Timothy S. Black
United States District Judge